UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTOPHER J. NYGREN,

Plaintiff,

v.

MINNEAPOLIS PUBLIC SCHOOLS, ET AL.,

Defendants.

Case No. 01-1305 ADM/AJB

NOTICE OF
STATUS CONFERENCE/
SETTLEMENT CONFERENCE

---

You are hereby given notice that a status conference/ settlement conference has been scheduled in the above referenced case for November 19, 2001, at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Dated: 10/31/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed OCT 31 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________